# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

MELVIN VAUGHN,

        Petitioner,

v.

WARDEN R. MARQUES,

        Respondent.

Civil No. 18-1266(JRT/HB)

**ORDER ON REPORT AND RECOMMENDATION**

---

Melvin Vaughn, #23991-047, Federal Prison Camp, P.O. Box 8000, Bradford, PA 16701, *pro se* petitioner.

Erin M Secord, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondent.

United States Magistrate Judge Hildy Bowbeer filed a Report and Recommendation on May 15, 2019. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Petitioner Melvin Vaughn's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, Doc. No. 1, is **DENIED**; and

3. This action is **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: June 13, 2019
at Minneapolis, Minnesota

　　　　　　　　　　　　　　　　　　　s/John R. Tunheim
　　　　　　　　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　United States District Court